

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| COREY LYNN CUNNINGHAM, | § | No. 08-16-00180-CV |
| Appellant, | § | Appeal from |
| v. | § | 146th District Court |
| JAPRYNGE CUNNINGHAM, | § | of Bell County, Texas |
| Appellee. | § | (TC # 280,382-B) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF OCTOBER, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.